**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LAURA L. WEBSTER, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | NO. 08-5283 |
| Defendant | : | |

**ORDER**

AND NOW, this 13th day of October, 2009, upon consideration of the Plaintiff's Request

for Review, and Defendant's Response to Request for Review, and Plaintiff's Reply thereto, and

after careful review of the Report and Recommendation of United States Magistrate Judge

Elizabeth T. Hey (Docket No. 16), as well as the Objections thereto, it is ORDERED that:

1.      The Report and Recommendation is APPROVED AND ADOPTED;

2.      Plaintiff's Request for Review is DENIED; and

3.      The Clerk of Court shall mark this case CLOSED for all purposes, including

statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE